# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**JACOB SCOTT,**

    **Plaintiff,**

**vs.**                                         **CASE NO. 1:07CV127-MP/AK**

**INSPECTOR GENERAL,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Plaintiff has advised the Court that he wishes to dismiss his complaint and requests that the Court forward his material on to the proper persons for assistance. (Doc. 7). The Court previously advised Plaintiff which parties should be contacted about the issues he complains about and will not forward the papers filed in this cause on Plaintiff's behalf. Thus, pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff's motion (doc. 7) to dismiss this cause is **GRANTED**, and this cause is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** this _**30th**_ day of July, 2007.

                              _s/ A. KORNBLUM_
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**